UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DONNA PILCH,            )           **JUDGMENT**
    Plaintiff,          )
                        )           No. 5:11-CV-335-H
  v.                    )
                        )
JACQUELINE BREWER,      )
    Defendant.          )

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration.**

**IT IS ORDERED, ADJUDGED AND DECREED this matter is dismissed. Plaintiff shall have and recover nothing of the defendant and this case is closed.**

This Judgment Filed and Entered on Tuesday, December 13, 2011 with service on:

Donna M. Pilch (via US Mail), 1114 Autumn Day Drive, Morrisville, NC 27560
David J. Adinolfi, II ( via cm/ecf Notice of Electronic Filing)

Date: December 13, 2011

                                         DENNIS P. IAVARONE, CLERK
                                         /s/ Delsia Heath
                                         (By): Delsia Heath, Deputy Clerk